D. CHRIS ALBRIGHT, ESQ., #004904
WILLIAM H. STODDARD, JR., ESQ., #008679
JORGE L. ALVAREZ, ESQ., #014466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111 / Fax: (702) 384-0605
dca@albrightstoddard.com
bstoddard@albrightstoddard.com
jalvarez@albrightstoddard.com
*Attorneys for Plaintiff*

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

OCT 30 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN S. ILIESCU, individually,<br><br>             Plaintiff,<br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive<br><br>             Defendants. | CASE NO.: 3:18-cv-0433-LRH-CBC<br><br>ORDER<br><br>**PLAINTIFF'S MOTION TO ALLOW COUNSEL'S TELEPHONIC APPEARANCE**<br><br>Date of Conference: November 7, 2018<br>Time of Conference: 9:00 a.m. |

**COMES NOW**, JOHN S. ILIESCU, individually (hereinafter "Plaintiff" or "Iliescu"), by and through his attorneys of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and hereby files this Motion to Allow Plaintiff's counsel to appear telephonically at the Joint Case Management Conference scheduled for Wednesday, November 7, 2018, at 9:00 a.m. This request is made in order to avoid undue litigation expenses, given that counsel resides in Las Vegas, Nevada and not in Reno, Nevada.

Based thereon, Plaintiff's counsel hereby requests that he be allowed to appear for said conference by phone.

DATED this 29th day of October, 2018.

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: 10/30/2018

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

_____
D. CHRIS ALBRIGHT, ESQ., #004904
WILLIAM H. STODDARD, JR., ESQ., #008679
JORGE L. ALVAREZ, ESQ., #014466
801 S. Rancho Drive, Suite D-4
Las Vegas, Nevada 89016
(702) 384-7111
*Attorneys for Plaintiff*

G:\Personal Injury\Iliescu, John (10684.0020)\Bad Faith Claim -USAA\Pleadings\Motion for Telephonic Appearance 10.29.18.doc