1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   PAMELA L. McGAHA
3  Nevada Bar No. 08181
   E-Mail: Pamela.McGaha@lewisbrisbois.com
4  CHERYL A. GRAMES
   Nevada Bar No. 12752
5  E-Mail: Cheryl.Grames@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  Attorneys for Defendant
   USAA CASUALTY INSURANCE COMPANY
9



10                   UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12                                 ***

13  JOHN S. ILIESCU, an individually,           CASE NO. 3:18-cv-433-LRH-CBC

14                Plaintiff,                    ORDER

15        vs.                                   DEFENDANT USAA CASUALTY
                                                INSURANCE COMPANY'S MOTION
16  USAA CASUALTY INSURANCE                     FOR LEAVE TO ALLOW ITS COUNSEL
    COMPANY, a foreign corporation; DOES I      TO APPEAR TELEPHONICALLY FOR
17  through X, and ROE CORPORATIONS XI          CASE MANAGEMENT CONFERENCE
    through XX, inclusive,
18
                  Defendants.
19

20        COMES NOW Defendant USAA CASUALTY INSURANCE COMPANY ("Defendant"

21  or "USAA CIC"), through its attorneys of record, the law firm of LEWIS BRISBOIS BISGAARD

22  & SMITH LLP, and moves the Court pursuant to ECF No. 12 for leave for the undersigned counsel

23  to appear telephonically at the November 7, 2018 Case Management Conference before the

24  Honorable Magistrate Judge Carla Baldwin Carry.  The Case Management Conference is

25  scheduled for 9:00 a.m. on November 7, 2018 in Reno, Nevada. (Id.).

26        In support of the instant motion, Defendant states as follows:

27        1.    Counsel for both parties have been in communication regarding this matter, and

28  worked together to file the Joint Case Management Conference Report on October 26, 2018. (ECF

4845-3405-1705.1

1. No. 13).

2. A telephonic appearance will not inhibit the undersigned counsel's ability to participate in the Case Management Conference fully, but it will enable Defendant to avoid excessive litigation costs associated with travel from Las Vegas (where the undersigned counsel's office is located) to Reno to attend a hearing at 9:00 a.m.

3. Counsel for Plaintiff has also moved to appear telephonically. (ECF No. 14).

Based on the foregoing, Defendant respectfully requests the Court grant its Motion for Leave to Allow Defendant's Counsel to Appear Telephonically at the Case Management Conference.

DATED this 30th day of October, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Cheryl A. Grames
ROBERT W. FREEMAN
Nevada Bar No. 03062
PAMELA L. McGAHA
Nevada Bar No. 08181
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 10/31/2018

4845-3405-1705.1

2