# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ILIESCU, individually, | CASE NO.: 3:18-cv-0433-LRH-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO REVISE CAPTION** |
| USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive | |
| Defendants. | |

**COMES NOW**, Plaintiff, individually, by and through his undersigned attorneys of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant, USAA CASUALTY INSURANCE COMPANY, a foreign corporation, by and through its undersigned attorneys of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, and, hereby stipulate and agree that an Order shall enter herein as follows:

1. The caption in this case shall re revised to remove the inaccurate middle initial of "S" from Plaintiff's name, to now read as "John Iliescu."
2. All references to "John S. Iliescu" in any of the filings made by either party in this matter shall be deemed to properly refer to Plaintiff, John Iliescu (aka

John Iliescu M.D.), the actual and intended Plaintiff, whose claims are identified in the Complaint.

3. All future pleadings, filings, and orders will utilize the name "John Iliescu" as Plaintiff's name in the caption.

DATED this  29th  day of November, 2018.                DATED this  29th  day of November, 2018.

**ALBRIGHT, STODDARD, WARNICK**               **LEWIS BRISBOIS BISGAARD**
   **& ALBRIGHT**                                           **& SMITH LLP**

 /s/ D. Chris Albright                                                    /s/ Pamela L. McGaha
D. CHRIS ALBRIGHT, ESQ.                       ROBERT W. FREEMAN, ESQ., #3062
Nevada Bar No. 004904                         PAMELA L. MCGAHA, ESQ., #08181
WILLIAM H. STODDARD, JR., ESQ.                CHERYL A. GRAMES, ESQ., #12752
Nevada Bar No. 008679                         6385 S. Rainbow Boulevard, Suite 600
JORGE L. ALVAREZ, ESQ.                        Las Vegas, Nevada 89118
Nevada Bar No. 014466                         T:  702.893.3383
801 S. Rancho Drive, Suite D-4                F:  702.893.3789
Las Vegas, Nevada  89016                      robert.freeman@lewisbrisbois.com
T:  702.384.7111                              pamela.mcgaha@lewisbrisbois.com
dca@albrightstoddard.com                      cheryl.grames@lewisbrisbois.com
bstoddard@albrightstoddard.com                *Attorneys for Defendant USAA Casualty*
jalvarez@albrightstoddard.com                    *Insurance Company Attorney for Defendant*
*Attorneys for Plaintiff*

## ORDER

**IT IS HEREBY SO ORDERED.**

**DATED** this 30th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE