**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN ILIESCU, individually,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X, and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-433-LRH-CBC<br><br>**ORDER RE:**<br><br>**STIPULATION to DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED, between Plaintiff JOHN ILIESCU, by and through his counsel, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendant USAA CASUALTY INSURANCE COMPANY ("USAA CIC") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action

…

…

…

…

…

…

…

against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

Dated this 23rd day of July, 2019.        Dated this 23rd day of July, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP        ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

/s/ Pamela L. McGaha        /s/ D. Chris Albright
Robert W. Freeman, Esq.        D. Chris Albright, Esq.
Nevada Bar No. 03062        Nevada Bar No. 4904
Pamela L. McGaha, Esq.        William H. Stoddard, Esq.
Nevada Bar No. 08181        Nevada Bar No. 8679
6385 S. Rainbow Boulevard, Suite 600        Jorge L. Alvarez, Esq.
Las Vegas, Nevada 89118        Nevada Bar No. 14466
*Attorney for Defendant*        801 South Rancho Drive, Suite D-4
USAA Casualty Insurance Company        Las Vegas, Nevada 89106
        *Attorneys for Plaintiff*
        John Iliescu

## **ORDER**

**IT IS SO ORDERED:**

DATED this 26th day of July, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE